UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DAVID DUNN MULLANEY.and )
ELISE HUMPHRIES MULLANEY )
    Appellant, )
)
v. ) **JUDGMENT**
)
) No. 7:19-CV-78-FL
BANK OF AMERICA, NATIONAL )
ASSOCIATION, as successor by merger to )
Merrill Lynch Bank USA and )
CITIMORTGAGE, INC. )
    Appellee. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 13, 2019, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on November 13, 2019, and Copies To:**

Anne J. Randall / Richard Preston Cook (via CM/ECF Notice of Electronic Filing)
Zipporah Basile Edwards (via CM/ECF Notice of Electronic Filing)
Donald R. Pocock (via CM/ECF Notice of Electronic Filing)

November 13, 2019        PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk